UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PreREO LLC,

                        Plaintiff,

-against-

Theecode Technologies Private Limited,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/31/2024_

24 Civ. 495 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff, PreREO LLC, brings this action against Theecode Technologies Private Limited, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If PreREO LLC is, indeed, a limited liability company, as its name would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company.

      By **February 9, 2024**, Plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Bayreische Landesbank, N.Y. Branch v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) ("[D]iversity is lacking . . . where on one side there are citizens and [noncitizens] and on the opposite side there are only [noncitizens]."); *id.* ("[A] limited liability company . . . takes the citizenship of each of its members."). If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: January 31, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge